United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Geico General Insurance Company, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Maria Karla Daniel Miranda, )<br>Carmen Lizette Lopez, and )<br>Emmanuel Sarmiento, Defendants. ) | Civil Action No. 23-20800-Civ-Scola |

### Order Adopting the Magistrate Judge's Report and Recommendations

Previously, the Court referred the Plaintiff Geico General Insurance Company's motion for default judgment against the Defendants Carmen Lizette Lopez and Emmanuel Sarmiento (Pl.'s Mot., ECF No. 18) to United States Magistrate Judge Jonathan Goodman for a report and recommendations. (Court's Ref., ECF No. 20.) Thereafter, Judge Goodman issued a report, recommending that the Court deny the motion without prejudice. (Rep. & Rec., ECF No. 28.) No objections have been filed and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities and agrees with his findings and conclusions: the Plaintiff's motion, containing no analysis, no law, and no citations to the record, is deficient. The Court therefore **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 28**), thus **denying** the motion **without prejudice** (**ECF No. 18**).

The Plaintiff will have up to and including **December 14, 2023**, to file an amended motion for default judgment, which must take into account Judge Goodman's admonishments. The Court forewarns the Plaintiff that failure to abide by those instructions may result in the denial of its motion or dismissal of its case. In addition, failure to file an amended motion by December 14, 2023, will result in a **dismissal without prejudice** as to these Defendants.

Finally, the Court directs the Clerk to **mail copies of this order** to any Defendant who has not appeared at the address(es) listed below.

**Done and ordered** in Miami, Florida, on December 7, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies via U.S. mail to:*
Carmen Lizette Lopez
2530 N.W. 84th Ave.
Apt. 303
Doral, FL 33122

*and*

Emmanuel Sarmiento
2530 N.W. 84th Ave.
Apt. 303
Doral, FL 33122